**MINUTE ENTRY**

**MARCH 30, 2015**

**JUDGE TOM STAGG**

**SHREVEPORT DIVISION**

GREGORY WILLIS

versus  CIVIL ACTION NO. 09-2103
  JUDGE TOM STAGG

CLECO CORPORATION

*********************************

The above-captioned matter is hereby **REFERRED** to Chief Judge Dee D. Drell for reassignment.